SLR:LM:KRH
F.#2012V00109

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

ALL FUNDS ON DEPOSIT IN MAHOPAC
BANK ACCOUNT NUMBER 41002031, HELD
IN THE NAME OF MICHAEL A. SANGIUOLO
UP TO AND INCLUDING THE SUM OF
FORTY-ONE THOUSAND TEN DOLLARS AND
ZERO CENTS ($41,010.00), AND ALL
FUNDS TRACEABLE THERETO.

        Defendant In Rem.

- - - - - - - - - - - - - - - - -X

Summons and Warrant
for Arrest of
Articles in Rem

COGAN, J.

Civil Action No.

CV12- 486

TO THE UNITED STATES INTERNAL REVENUE SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS, a verified complaint in rem has been filed on February 1, 2012 in the United States District Court for the Eastern District of New York alleging that the defendants in rem are subject to seizure and forfeiture to the United States of America pursuant to 31 U.S.C. § 5317; and

        WHEREAS, the Court being satisfied that, based on the verified complaint in rem, there is probable cause to believe that the defendants in rem constitutes property that are subject

to forfeiture for such violation, and that grounds for issuance of a warrant for arrest of articles <u>in rem</u> exist, pursuant to Supplemental Rule G(3)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendants <u>in rem</u> and use discretion and whatever means appropriate to protect and maintain the defendants <u>in rem</u>; and

IT IS ORDERED THAT you shall provide notice of this action to all persons thought to have an interest in or claim against the defendants <u>in rem</u> by serving upon such persons a copy of this warrant, and a copy of the verified complaint <u>in rem</u>, in a manner consistent with the principles of service of an action <u>in rem</u> under Supplemental Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, <u>www.forfeiture.gov</u> in this Eastern District of New York, pursuant to Supplemental Rule G(5);

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in, or right against, the property must file their verified claim and statement of interest within thirty-five (35)

days after the date of service of the complaint or, as applicable, not later than sixty (60) days after the first day of publication on an official internet government forfeiture site, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and shall serve and file their answers to the verified complaint within twenty-one(21) days after the filing of the verified claim with the office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to the United States Attorney's Office, 271 Cadman Plaza East, Seventh Floor, Brooklyn, New York 11201, Attn: Special Assistant United States Attorney Karen R. Hennigan.

Dated:  Brooklyn, New York
        February ⎵, 2012

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK

3