SLR:LDM:KRH
F.# 2012V00109

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

  - against -

REAL PROPERTY LOCATED AT 1480
SW SEA HOLLY WAY, PALM CITY,
FLORIDA 34990,

        Defendant.

- - - - - - - - - - - - - - - - - - - -X

**NOTICE OF VERIFIED
COMPLAINT IN REM**

Civil Action No.
CV-12-486

(Coogan , J.)
(Gold , M.J.)

        PLEASE TAKE NOTICE THAT, pursuant to 18 U.S.C. § 985, a verified complaint *in rem* (the "Complaint") was filed in the above-captioned action on or about February 1, 2012, alleging that, *inter alia*, the above-captioned defendant premises and real property located at 1480 SW Holly Way, Palm City, Florida 34990, together with its respective buildings, appurtenances, improvements, fixtures, attachments, easements and furnishings, and all proceeds traceable thereto (collectively, the "Defendant Property"), is subject to forfeiture to the United States pursuant to 31 U.S.C. § 5317 as property used in violation of 31 U.S.C. §§ 5324 and/or 5313.

        PLEASE TAKE FURTHER NOTICE THAT pursuant to 18 U.S.C. § 985, the Government is authorized to commence a civil forfeiture action against the Defendant Property, by filing the

Complaint, posting notice of the Complaint on the Defendant Property, and serving notice on the property owner(s) along with a copy of the Complaint, and

PLEASE TAKE FURTHER NOTICE that all persons asserting an interest in or claim against the Defendant Property and who have received direct notice of this forfeiture action must file a verified claim with the Clerk of this Court, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, no later than thirty-five (35) days after direct notice of this action is sent to any person who reasonably appears to be a potential claimant; or, if notice of this action was published but direct notice was not sent to the claimant or the claimant's attorney, no later than thirty (30) days after final publication or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site, www.forfeiture.gov; or within the time that the Court otherwise allows, provided that any request for an extension of time from the Court is made prior to the expiration of the time period within which the person must file such verified claim.  In addition, any person having filed such a claim shall also serve and file an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the claim.

PLEASE TAKE FURTHER NOTICE that Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

PLEASE TAKE FURTHER NOTICE that additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, Title 28, Code of Federal Regulations, Part 9, and Title 18, United States Code, Section 985.

PLEASE TAKE FURTHER NOTICE that all such claims and answers must be filed with the Office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Special Assistant United States Attorney Karen R. Hennigan, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
February 24, 2012

    LORETTA E. LYNCH
    United States Attorney
    Eastern District of New York
    Attorney for Plaintiff
    271 Cadman Plaza East, 7th Floor
    Brooklyn, New York 11201

By: _____
    Karen R. Hennigan
    Special Assistant United States Attorney
    (718) 254-6254