

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:KRH

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 5, 2012

**BY ECF**

Honorable Steven M. Gold
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:  United States v. Thirteen Thousand Two
>    Hundred Twenty Three Dollars and No Cents
>    ($13,223.00), More or Less, In United States
>    Currency, Seized at JFK International Airport
>    On December 30, 2009, and all proceeds
>    Traceable Thereto;
>    Civil Action No.   12-CV-486

Dear Judge Gold:

   The government respectfully writes to advise the Court that the parties have reached a settlement agreement. We are currently awaiting a signed Stipulation from Counsel and will file it on ECF as soon as possible.

   We expect to file the signed Stipulation no later than July 13. Thank you for Your Honor's consideration.

>                    Respectfully submitted,
>
>                    LORETTA E. LYNCH
>                    United States Attorney
>                    Eastern District of New York
>
>             By:          /s/
>                    Karen R. Hennigan
>                    Sp. Assistant U.S. Attorney
>                    (718) 254-6254