

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:TYH

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 23, 2012

**BY ECF**

Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>  Re: U.S. v. Real Property located at 1480 SW Sea Holly Way, Palm City, Florida 34990 and all funds on deposit in Mahopac Bank Account No: 41002031
>  <u>Civil Action No.   12-CV-486</u>

Dear Judge Gold:

   The government respectfully writes to advise the Court that the parties have reached a settlement agreement. We are currently awaiting a signed Stipulation from Counsel and will file it on ECF as soon as possible.

   We expect to file the signed Stipulation no later than July 31. Thank you for Your Honor's consideration.

>  Respectfully submitted,
>
>  LORETTA E. LYNCH
>  United States Attorney
>  Eastern District of New York

By:  _____/s/_____
  Tanya Y. Hill
  Assistant U.S. Attorney
  (718) 254-6144